IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBERT MULLEN, | : | Case No. 1:20-cv-893 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CHAAC PIZZA MIDWEST, LLC, et al., | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal (Doc. 74). **IT IS HEREBY ORDERED** that Plaintiff's Complaint shall be and hereby is dismissed with prejudice and without costs or attorney's fees to any party. This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND